# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **APRIL HOLLIS, Individually and on behalf of all others similarly situated,** § § § | |
| **Plaintiff,** § § | |
| **v.** § § § | **CASE NO. 4:17-CV-00301-KPJ** |
| **HEART TO HEART HOSPICE MANAGEMENT, LLC, ET AL.,** § § § § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. #40). The Motion represents that the parties have agreed to resolve all claims between them and agree to dismiss this entire action with prejudice, with each party to bear its own costs of court and attorney's fees. See *id*.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways. A plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1). A plaintiff may alternatively dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of an order of dismissal as requested by the parties is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 15th day of November, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE